

United States District Court
Eastern District of California

| VPR BRANDS, LP, | Case Number: 2:25-cv-00286 |

Plaintiff(s)

V.

YOCAN USA LLC,

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sangheon Han hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
VPR Brands, LP

On September 19, 2024 (date), I was admitted to practice and presently in good standing in the State Bar of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/04/2025        Signature of Applicant: /s/ Sangheon Han

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Sangheon Han |
| Law Firm Name: | SRIPLAW, P.A. |
| Address: | 4900 Travis Street |
| | Suite 212 |
| City: | Houston   State: TX   Zip: 77002 |
| Phone Number w/Area Code: | 281.417.0850 |
| City and State of Residence: | Houston, TX |
| Primary E-mail Address: | Sangheon.han@sriplaw.com |
| Secondary E-mail Address: | shin9108@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Matthew L. Rollin |
| Law Firm Name: | SRIPLAW, P.A. |
| Address: | 8730 Wilshire Boulevard |
| | Suite 350 |
| City: | Beverly Hills   State: CA   Zip: 90211 |
| Phone Number w/Area Code: | 323.452.5600   Bar # 332631 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 6, 2025

*/s/ Sean C. Riordan*
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE